**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02718-REB-KLM

LELAND R. SHARPES,
JOCELYN B. SHARPES, as Trustees for
    the Leland R. Sharpes and Jocelyn B. Sharpes Living Trust,

    Plaintiffs,
v.

JPMORGAN CHASE & CO., a Delaware corporation, and
U.S. BANK NATIONAL ASSOCIATION, trustee,
LITTON LOAN SERVICING, LP, a Delaware limited partnership, and
OCWEN LOAN SERVICING, LLC, a Delaware limited liability company,

    Defendants.

---

# FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#58] of Judge Robert E. Blackburn entered on September 15, 2015 it is

    ORDERED that judgment is entered in favor the defendants, JPMorgan Chase & Co., U.S. Bank National Association, Litton Loan Servicing, LP, and Ocwen Loan Servicing, LLC, against the plaintiffs, Leland R. Sharpes and Jocelyn B. Sharpes, as Trustees for the Leland R. Sharpes and Jocelyn B. Sharpes Living Trust;; and it is

    ORDERED that the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 15th day of September, 2015.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

              By:  s/   K. Finney
                        K. Finney
                        Deputy Clerk